IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Kentucky
_____ DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
22 AUG 17 PM 1:48

Seminole Indians of Kentucky
Yusuf Abdullah Bilal Ali
Sha'yeara Morsby  et. al

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. 3:22CV-422-DJH
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

-against-

United States of America, et al.

_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Yusef Abdullah Byrd Ali
Street Address: 2903 Six Mile Ln.
City and County: Louisville, Ky  Jefferson
State and Zip Code: 40220
Telephone Number: (502) 915-1689
E-mail Address: yusefa3170@gmail.com

   B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: The Department of the Interior
Job or Title (if known): Deb Haaland, Secretary
Street Address: 1849 C. Street N.W
City and County: District of Columbia
State and Zip Code: Washington, D.C 20240
Telephone Number: (202) 208-5106
E-mail Address (if known):

Defendant No. 2

Name: Marica L. Fudge
Job or Title (if known): Secretary, Housing Urban Development
Street Address: 451 7th Street S.W.
City and County: District of Columbia

2

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*All treaties signed with the Five Civilized Tribes with the United States of America Indian Civil Rights Act 1968, Indian Self-Determination Act 1975*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Yusuf Abdullah Bly Ali, is a citizen of the State of *(name)* Kentucky.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* United States, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, *(name)* __United States__, is incorporated under the laws of the State of *(name)* __Washington D.C.__, and has its principal place of business in the State of *(name)* __Washington. D.C.__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* __United States of America__

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__The amount in controversy totals in the billions over the course of numerous generations of disinheritance and disenfranchisement.__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__This suit involves a sizable group of persons misclassified as African-American/and or Black by the United States of America who are in fact American Indians, for such reasons this group has been disenfranchised for many generations in violation of their rights as Indigenous people.__

5

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff's seek th relief to the damages caused by Defendants to trust monies and disenfranchised. Continuing violation of this protected groups rights as American Indians set forth in the numerious treaties signed with the government

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/17, 2022

Signature of Plaintiff
Printed Name of Plaintiff   Yusuf Abdullah Bilal Ali, pro se.

B.  For Attorneys

Date of signing: _____, 20__.

6.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

7

Plantiffs Continue

Venus L. Posey
4522 Winnrose Way Apt 120
Louisville, Kentucky 40211
( 502 ) 705-4766

Monica Taylor
673 Lindeell Ave
Louisville, Kentucky 40212
( 502) 340-7135
Email: beccataylor@gmail.com

Tamera Brooks
(502) 905-1875
Email: mstamerabrooks@gamail.com

Clevale Fraizer
307 N. 44th Street
Louisville, Kentucky 40211
email. frazierclevale@gmail.com

Jeremy Foree
2903 Six Mile lane
Louisville, Kentucky 40220
email: jaycfour@gamil.com